## Robbins, Appellant, *v.* E. R. Crown Construction Co.

Argued November 17, 1958. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and BOK, JJ.

*Philip Shuchman,* with him *Simon Lenson,* and *Lenson & Yusem,* for appellant.

*Samuel B. Brenner,* with him *Brenner & Brenner,* for appellees.

OPINION PER CURIAM, January 5, 1959:

The opinion of Judge FLOOD fully justifies the order making absolute the defendants' rule on the plaintiff

to show cause why the judgment entered at the specified number and term in the court below should not be satisfied.

Order affirmed.